**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORMA MARILANDA TOMAS HERNANDEZ,<br><br>                              Petitioner,<br><br>    v.<br><br>CHRISTOPHER LAROSE, *et al.*,<br><br>                            Respondents. | Case No. 25-cv-03187-BAS-AHG<br><br>**ORDER GRANTING MOTION TO DISMISS (ECF No. 3)** |

Presently before the Court is Petitioner Norma Marilanda Tomas Hernandez's Motion to Dismiss. (ECF No. 3.) Counsel for Petitioner submits that she mistakenly filed this Petition without realizing she cannot be admitted to practice before the Southern District. (*Id.*) "Further, counsel is not eligible for pro hac vice admission because she lives and works in California." (*Id.*) Therefore, counsel requests that the case be dismissed so that an admitted attorney can prepare and file a petition on Petitioner's behalf. (*Id.*) Good cause appearing, the Court **GRANTS** the Motion (ECF No. 3) and **DISMISSES WITHOUT PREJUDICE** the Petition (ECF No. 1). The Court **TERMINATES AS MOOT** the Motion for Temporary Restraining Order. (ECF No. 2.) This case is closed.

    **IT IS SO ORDERED.**

**DATED: November 18, 2025**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

25cv3187